UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LIONEL WHITE, | No. C 10-4555 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| B. M. CASH, warden, | |
| Respondent. | |

Respondent has filed an *ex parte* request for an extension of time to respond to the third amended petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney David Rose, the court GRANTS respondent's request. (Docket # 41.) Respondent must file and serve his response to the petition no later than **August 3, 2012**. Petitioner must file and serve his traverse no later than **September 14, 2012.**

IT IS SO ORDERED.

DATED: June 28, 2012

SUSAN ILLSTON
United States District Judge