UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LIONEL WHITE, | No. C 10-4555 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| B. M. CASH, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied. Judgment is entered accordingly.

Dated: June 21, 2013

_____
SUSAN ILLSTON
United States District Judge