FILED

JUL 09 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re:  LARRY LIONEL WHITE. | No. 13-71458 |
| LARRY LIONEL WHITE, | D.C. No. 3:10-cv-04555-SI Northern District of California, San Francisco |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, | |
| Respondent, | |
| B. M. CASH, | |
| Real Party in Interest. | |

Before:  KOZINSKI, Chief Judge, CANBY and TALLMAN, Circuit Judges.

Petitioner seeks a writ of mandamus directing the district court to rule on his 28 U.S.C. § 2254 petition for writ of habeas corpus.  The record reflects that on June 21, 2013, the district court entered an order and judgment denying petitioner's habeas corpus petition.  Accordingly, the petition for writ of mandamus is denied as moot.

The motion to proceed in forma pauperis is also denied as moot.

**DENIED**.

hmb/MOATT