UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY LIONEL WHITE,

    Petitioner,

  v.

B. M. CASH, warden,

    Respondent.

No. C 10-4555 SI (pr)

**ORDER**

Petitioner's motion for appointment of counsel is DENIED. (Docket # 74.) The "interests of justice," 18 U.S.C. § 3006A(a)(2)(B), do not require appointment of counsel in this action in which the court has denied the petition for writ of habeas corpus.

IT IS SO ORDERED.

DATED: September 4, 2013

SUSAN ILLSTON
United States District Judge